\*\*E-Filed 11/30/2009\*\*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| QUALITY TECHNOLOGY SERVICES HOLDING, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN KOCH, an individual, DAVID BUCIAK, an individual, DATAPIPE, INC., a California Corporation, TIM RHODES, an individual, and DOES 1-10,<br><br>Defendants. | Case Number C 09-5133 JF<br><br>ORDER[1] CONTINUING HEARING ON MOTION FOR PRELIMINARY INJUNCTION<br><br>[Re: Docket Nos. 7, 27] |

Pursuant to the agreement of the parties, the hearing on Plaintiff's motion for preliminary injunction will be continued to January 22, 2009, at 9:00 A.M. The temporary restraining order issued November 20, 2009, remains in effect pending further order by the Court.

**IT IS SO ORDERED.**

DATED: 11/30/09

JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

1   This Order has been served upon the following persons:

2   Christian Koch
    550 Moreland Way, #4210
3   Santa Clara, CA 95054

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 09-5133
ORDER CONTINUING HEARING ON MOTION FOR PRELIMINARY INJUNCTION
(JFLC3)