**E-Filed 1/14/2010**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| QUALITY TECHNOLOGY SERVICES HOLDING, LLC, a Delaware Limited Liability Company,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN KOCH, an individual, DAVID BUCIAK, an individual, DATAPIPE, INC., a California Corporation, TIM RHODES, an individual, and DOES 1-10,<br><br>　　　　　　　　Defendants. | Case Number C 09-5133 JF<br><br>ORDER[1] CONTINUING HEARING ON MOTION FOR PRELIMINARY INJUNCTION<br><br>[Re: Docket Nos. 7, 27] |

Pursuant to the agreement of the parties, the hearing on Plaintiff's motion for preliminary injunction will be continued to March 5, 2009, at 9:00 A.M. The temporary restraining order issued November 20, 2009, remains in effect pending further order by the Court.

**IT IS SO ORDERED.**

DATED: 1/14/10

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] This disposition is not designated for publication in the official reports.