ULRICO S. ROSALES, State Bar No. 139809
MICHAEL J. NADER, State Bar No. 200425
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: urosales@wsgr.com

Attorneys for Defendant
DATAPIPE, INC.

SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEVEN D. ROLAND State Bar No. 108097
AMBER RYE BRUMFIEL State Bar No. 215191
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
QUALITY TECHNOLOGY SERVICES HOLDING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| QUALITY TECHNOLOGY SERVICES HOLDING, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN KOCH, an individual, DAVID BUCIAK, an individual, DATAPIPE, INC., a California Corporation, TIM RHODES, an individual,<br><br>Defendants | CASE NO.: CV-09-5133 (JF)<br><br>**STIPULATION TO EXTEND THE TIME FOR DEFENDANT DATAPIPE, INC.'S RESPONSE TO PLAINTIFF'S COMPLAINT TO MARCH 5, 2010**<br><br>Complaint Filed: October 29, 2009<br>Judge: Hon. Jeremy Fogel |

1  WHEREAS, the Parties are engaged in a forensics discovery process that may result in a
2  resolution of this matter, and thus the Parties want to permit sufficient time for the forensics
3  discovery process to be completed prior to further litigation deadlines;

4  WHEREAS, Defendant DataPipe, Inc. ("DataPipe") and Plaintiff Quality Technology
5  Services Holding, LLC (the "Plaintiff") hereby stipulate and agree to extend the date of
6  DataPipe's response to Plaintiff's Complaint until March 5, 2010;

7  WHEREAS, Pursuant to Local Civil Rule 6-1(a), DataPipe and Plaintiff acknowledge
8  and agree that the new response date will not alter the date of any event or any deadline already
9  fixed by Court order in this case;

10  NOW THEREFORE, Plaintiff and DataPipe, by and through their respective counsel,
11  hereby stipulate and inform the Court that the date of DataPipe's response to Plaintiff's
12  Complaint is extended to March 5, 2010.

Dated: January 14, 2010                WILSON SONSINI GOODRICH & ROSATI
                                       Professional Corporation

                                       By:   /s/ Michael J. Nader
                                             Michael J. Nader

                                       Attorneys for Defendant
                                       DataPipe, Inc.


Dated: January 14, 2010                SEDGWICK, DETERT, MORAN &
                                       ARNOLD LLP

                                       By:   /s/ Amber Rye Brumfiel
                                             Amber Rye Brumfiel

                                       Attorneys for Plaintiff Quality Technology
                                       Services Holding, LLC.

1 | PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

3 | Dated: January 19, 2010

By: _____
Honorable Jeremy Fogel
United States District Judge