| | |
|---|---|
| 1 | DAVID R. BURTT, State Bar No. 201220 |
| | dburtt@ongaroburtt.com |
| 2 | ONGARO BURTT LLP |
| | 595 Market Street, Suite 610 |
| 3 | San Francisco, CA 94105 |
| | Telephone: (415) 433-3900 |
| 4 | Facsimile: (415) 433-3950 |
| 5 | Attorneys for Defendant |
| | TIM RHODES |

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| QUALITY TECHNOLOGY SERVICES HOLDING, LLC, a Delaware Limited Liability Company, | Case No. CV-09-5133 JF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TIM RHODES TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| CHRISTIAN KOCH, an individual, DAVID BUCIAK, an individual, DATAPIPE, INC., a California Corporation, TIM RHODES, an individual, | |
| Defendants. | |

WHEREAS on October 29, 2009, Plaintiff Quality Technology Services Holding, LLC filed its Complaint in the above-captioned matter;

WHEREAS on November 18, 2009, Plaintiff filed its Certificate of Service of Summons, Complaint & Other Pleadings on Defendant Tim Rhodes;

WHEREAS Plaintiff and Rhodes hereby stipulate and agree to extend the date of Rhodes's response to Plaintiff's Complaint until March 5, 2010;

WHEREAS pursuant to Civil Local Rule 6-1(a), Plaintiff and Rhodes acknowledge and agree that the new response date will not alter the date of any event or any deadline already fixed by Court order in this case;

NOW THEREFORE Plaintiff and Rhodes, by and through their respective counsel, hereby stipulate and inform the Court that the date of Rhodes's response to Plaintiff's Complaint is extended to March 5, 2010.

DATED: January 15, 2010    **ONGARO BURTT LLP**

By:     /s/ *David R. Burtt*
            David R. Burtt

Attorneys for Defendant
TIM RHODES

DATED: January 15, 2010    **SEDGWICK, DETERT, MORAN & ARNOLD LLP**

By:     /s/ *Amber Rye Brumfiel*
            Amber Rye Brumfiel

Attorneys for Plaintiff
QUALITY TECHNOLOGY SERVICES HOLDING, LLC

**FILER'S ATTESTATION**

Pursuant to General Order 45, section X(B), I hereby attest that on January 15, 2010, I, David R. Burtt, received the concurrence of Amber Brumfiel in the filing of this document.

/s/ *David R. Burtt*
David R. Burtt

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: January 19, 2010

By: _____
Honorable Jeremy Fogel
United States District Judge

- 3 -
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR RHODES TO RESPOND TO COMPLAINT
Case No. CV-09-5133 JF