DAVID R. BURTT, State Bar No. 201220
dburtt@ongaroburtt.com
ONGARO BURTT LLP
595 Market Street, Suite 610
San Francisco, CA 94105
Telephone: (415) 433-3900
Facsimile: (415) 433-3950

Attorneys for Defendant
TIM RHODES

AMBER RYE BRUMFIEL, State Bar No. 215181
amber.rye@sdma.com
SEDGWICK DETERT MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
QUALITY TECHNOLOGY SERVICES HOLDING, LLC

**E-Filed 2/22/2010**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| QUALITY TECHNOLOGY SERVICES HOLDING, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN KOCH, an individual, DAVID BUCIAK, an individual, DATAPIPE, INC., a California Corporation, TIM RHODES, an individual,<br><br>Defendants. | Case No. CV-09-5133 JF<br>ORDER APPROVING **STIPULATION TO CONTINUE (1) PRELIMINARY INJUNCTION HEARING DATE, (2) INITIAL CASE MANAGEMENT CONFERENCE, AND (3) TO EXTEND TIME FOR DEFENDANT DATAPIPE, INC., DAVID BUCIAK, AND TIM RHODES TO RESPOND TO COMPLAINT** |

WHEREAS on October 29, 2009, Plaintiff Quality Technology Services Holding, LLC filed its Complaint in the above-captioned matter;

---

STIPULATION TO CONTINUE PRELIMINARY INJUNCTION HEARING DATE AND INITIAL CMC
Case No. CV-09-5133 JF

1     WHEREAS on November 3, 2009, the Court re-assigned this case and set an initial Case

2 Management Conference for March 12, 2010 at 10:30 a.m.;

3     WHEREAS on January 14, 2010, the Court granted the parties' stipulation and continued

4 the hearing date on Plaintiff's motion for preliminary injunction to March 5, 2009 at 9:00 a.m.;

5     WHEREAS Plaintiff and Defendants continue to diligently pursue private settlement

6 discussions which involves a detailed forensics examination protocol currently underway and not

7 yet completed;

8     WHEREAS in the interests of judicial efficiency, the parties have already stipulated to

9 continue several deadlines in this case including:

10     a)     continuing the hearing date on Plaintiff's motion for preliminary

11 injunction from December 4, 2009 to March 5, 2010; and

12     b)     continuing the date for Defendants DataPipe, Inc., Buciak, and Rhodes to

13 respond to Plaintiff's complaint to March 5, 2010;

14     WHEREAS the parties stipulate and agree that the interests of judicial efficiency will be

15 further served by continuing the hearing date on Plaintiff's motion for preliminary injunction, the

16 initial Case Management Conference, and the date for Defendants DataPipe, Inc., Buciak, and

17 Rhodes to respond to Plaintiff's Complaint, respectively, for six (6) weeks, or as soon thereafter

18 as the Court's schedule permits, such that:

19     a)     The hearing on Plaintiff's motion for preliminary injunction shall be

20 continued from March 5, 2010 to April 16, 2010;[1]

21     b)     The date for Defendants DataPipe, Inc., Buciak, and Rhodes to respond to

22 Plaintiff's complaint shall be extended to April 16, 2010; and

23     c)     The initial Case Management Conference shall be continued from March

24 12, 2010, to April 23, 2010;

---

[1] As referenced in the Court's November 20, 2009 Order Granting Request for Temporary Restraining Order [at ECF Doc. No. 27], "[e]ach party may file a brief addressing the merits of the motion not to exceed fifteen (15) pages in length, on or before" April 13, 2010 (calculated as three days prior to the originally scheduled preliminary injunction hearing).

STIPULATION TO CONTINUE PRELIMINARY INJUNCTION HEARING DATE AND INITIAL CMC
Case No. CV-09-5133 JF

1       WHEREAS the parties further stipulate and agree that the temporary restraining order issued on November 20, 2009, shall remain in effect pending further order by the Court; and

      WHEREAS pursuant to Civil Local Rule 6-1(b), the parties acknowledge and agree that continuing these dates as requested will not alter the date of any other event or any deadline already fixed by Court order in this case.

      NOW THEREFORE Plaintiff and Defendants, by and through their respective counsel, hereby stipulate and respectfully request that the Court continue the hearing on Plaintiff's motion for preliminary injunction to April 16, 2010 at 9:00 a.m., the date for Defendants DataPipe, Inc., Buciak, and Rhodes to respond to Plaintiff's complaint to April 16, 2010, and the initial Case Management Conference to April 23, 2010 at 10:30 a.m., or as soon thereafter as the Court's calendar permits.

DATED: February 18, 2010      **ONGARO BURTT LLP**

By:    /s/ *David R. Burtt*
        David R. Burtt

Attorneys for Defendant
TIM RHODES

DATED: February 18, 2010      **CMD ASSOCIATES**

By:    /s/ *C. Matthew Didaleusky*
        C. Matthew Didaleusky

Attorneys for Defendant
DAVID BUCIAK

DATED: February 18, 2010      **WILLIAMS PINELLI & CULLEN**

By:    /s/ *Amy R. Carlson*
        Amy R. Carlson

Attorneys for Defendant
CHRISTIAN KOCH

STIPULATION TO CONTINUE PRELIMINARY INJUNCTION HEARING DATE AND INITIAL CMC
Case No. CV-09-5133 JF

| | | |
|---|---|---|
| DATED: February 18, 2010 | | **WILSON SONSINI GOODRICH & ROSATI** |

By:     /s/ *Michael J. Nader*
Michael J. Nader

Attorneys for Defendant
DATAPIPE, INC.

DATED: February 18, 2010    **SEDGWICK, DETERT, MORAN & ARNOLD LLP**

By:     /s/ *Amber Rye Brumfiel*
Amber Rye Brumfiel

Attorneys for Plaintiff
QUALITY TECHNOLOGY SERVICES HOLDING, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/22/2010

Hon. Jeremy Fogel
United District Court Judge

- 4 -
STIPULATION TO CONTINUE PRELIMINARY INJUNCTION HEARING DATE AND INITIAL CMC
Case No. CV-09-5133 JF

**FILER'S ATTESTATION**

Pursuant to General Order 45, section X(B), I hereby attest that on February 18, 2010, I, David R. Burtt, received the concurrence of Amber Brumfiel, Amy Carlson, Michael Nader, and Matthew Didaleusky in the filing of this document.

          /s/ *David R. Burtt*
          David R. Burtt