1  DAVID R. BURTT, State Bar No. 201220
    dburtt@ongaroburtt.com
2  ONGARO BURTT LLP
   595 Market Street, Suite 610
3  San Francisco, CA  94105
   Telephone:  (415) 433-3900
4  Facsimile:  (415) 433-3950

5  Attorneys for Defendant
   TIM RHODES
6

7  AMBER RYE BRUMFIEL, State Bar No. 215181
    amber.rye@sdma.com
8  SEDGWICK DETERT MORAN & ARNOLD LLP
   One Market Plaza
9  Steuart Tower, 8th Floor
   San Francisco, CA  94105
10 Telephone:  (415) 781-7900
   Facsimile:  (415) 781-2635
11
   Attorneys for Plaintiff
12 QUALITY TECHNOLOGY SERVICES HOLDING, LLC

**E-Filed 2/22/2010**

13

14 **UNITED STATES DISTRICT COURT**

15 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16 **SAN JOSE DIVISION**

17

| | |
|---|---|
| 18 QUALITY TECHNOLOGY SERVICES HOLDING, LLC, a Delaware Limited Liability Company,<br><br>20              Plaintiff,<br><br>21      v.<br><br>22 CHRISTIAN KOCH, an individual, DAVID BUCIAK, an individual, DATAPIPE, INC., a California Corporation, TIM RHODES, an individual,<br><br>24              Defendants. | Case No. CV-09-5133 JF<br><br>ORDER APPROVING **STIPULATION TO CONTINUE (1) PRELIMINARY INJUNCTION HEARING DATE, (2) INITIAL CASE MANAGEMENT CONFERENCE, AND (3) TO EXTEND TIME FOR DEFENDANT DATAPIPE, INC., DAVID BUCIAK, AND TIM RHODES TO RESPOND TO COMPLAINT** |

26      WHEREAS on October 29, 2009, Plaintiff Quality Technology Services Holding, LLC

27 filed its Complaint in the above-captioned matter;

28

---

1          WHEREAS on November 3, 2009, the Court re-assigned this case and set an initial Case
2   Management Conference for March 12, 2010 at 10:30 a.m.;
3          WHEREAS on January 14, 2010, the Court granted the parties' stipulation and continued
4   the hearing date on Plaintiff's motion for preliminary injunction to March 5, 2009 at 9:00 a.m.;
5          WHEREAS Plaintiff and Defendants continue to diligently pursue private settlement
6   discussions which involves a detailed forensics examination protocol currently underway and not
7   yet completed;
8          WHEREAS in the interests of judicial efficiency, the parties have already stipulated to
9   continue several deadlines in this case including:
10                 a)    continuing the hearing date on Plaintiff's motion for preliminary
11  injunction from December 4, 2009 to March 5, 2010; and
12                 b)    continuing the date for Defendants DataPipe, Inc., Buciak, and Rhodes to
13  respond to Plaintiff's complaint to March 5, 2010;
14         WHEREAS the parties stipulate and agree that the interests of judicial efficiency will be
15  further served by continuing the hearing date on Plaintiff's motion for preliminary injunction, the
16  initial Case Management Conference, and the date for Defendants DataPipe, Inc., Buciak, and
17  Rhodes to respond to Plaintiff's Complaint, respectively, for six (6) weeks, or as soon thereafter
18  as the Court's schedule permits, such that:
19                 a)    The hearing on Plaintiff's motion for preliminary injunction shall be
20  continued from March 5, 2010 to April 16, 2010;[1]
21                 b)    The date for Defendants DataPipe, Inc., Buciak, and Rhodes to respond to
22  Plaintiff's complaint shall be extended to April 16, 2010; and
23                 c)    The initial Case Management Conference shall be continued from March
24  12, 2010, to April 23, 2010;
25

---

[1] As referenced in the Court's November 20, 2009 Order Granting Request for Temporary Restraining Order [at ECF Doc. No. 27], "[e]ach party may file a brief addressing the merits of the motion not to exceed fifteen (15) pages in length, on or before" April 13, 2010 (calculated as three days prior to the originally scheduled preliminary injunction hearing).

- 2 -
STIPULATION TO CONTINUE PRELIMINARY INJUNCTION HEARING DATE AND INITIAL CMC
Case No. CV-09-5133 JF

1  WHEREAS the parties further stipulate and agree that the temporary restraining order
2  issued on November 20, 2009, shall remain in effect pending further order by the Court; and
3  WHEREAS pursuant to Civil Local Rule 6-1(b), the parties acknowledge and agree that
4  continuing these dates as requested will not alter the date of any other event or any deadline
5  already fixed by Court order in this case.
6  NOW THEREFORE Plaintiff and Defendants, by and through their respective counsel,
7  hereby stipulate and respectfully request that the Court continue the hearing on Plaintiff's motion
8  for preliminary injunction to April 16, 2010 at 9:00 a.m., the date for Defendants DataPipe, Inc.,
9  Buciak, and Rhodes to respond to Plaintiff's complaint to April 16, 2010, and the initial Case
10 Management Conference to April 23, 2010 at 10:30 a.m., or as soon thereafter as the Court's
11 calendar permits.

13 DATED:  February 18, 2010          **ONGARO BURTT LLP**

15                                    By:      /s/ *David R. Burtt*
                                               David R. Burtt

16                                    Attorneys for Defendant
17                                    TIM RHODES

18 DATED:  February 18, 2010          **CMD ASSOCIATES**

20                                    By:      /s/ *C. Matthew Didaleusky*
                                               C. Matthew Didaleusky

21                                    Attorneys for Defendant
22                                    DAVID BUCIAK

23 DATED:  February 18, 2010          **WILLIAMS PINELLI & CULLEN**

25                                    By:      /s/ *Amy R. Carlson*
                                               Amy R. Carlson

26                                    Attorneys for Defendant
27                                    CHRISTIAN KOCH
28

- 3 -
STIPULATION TO CONTINUE PRELIMINARY INJUNCTION HEARING DATE AND INITIAL CMC
Case No. CV-09-5133 JF

1 | DATED:  February 18, 2010 | **WILSON SONSINI GOODRICH & ROSATI**

By: _____/s/ *Michael J. Nader*_____
        Michael J. Nader

Attorneys for Defendant
DATAPIPE, INC.

DATED:  February 18, 2010 | **SEDGWICK, DETERT, MORAN & ARNOLD LLP**

By: _____/s/ *Amber Rye Brumfiel*_____
        Amber Rye Brumfiel

Attorneys for Plaintiff
QUALITY TECHNOLOGY SERVICES HOLDING, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __2/22/2010__                    _____
                                        Hon. Jeremy Fogel
                                        United District Court Judge

- 4 -

**FILER'S ATTESTATION**

Pursuant to General Order 45, section X(B), I hereby attest that on February 18, 2010, I, David R. Burtt, received the concurrence of Amber Brumfiel, Amy Carlson, Michael Nader, and Matthew Didaleusky in the filing of this document.

                                              /s/ *David R. Burtt*
                                                 David R. Burtt