1   DAVID R. BURTT, State Bar No. 201220          **E-Filed 4/9/2010**
      dburtt@ongaroburtt.com
2   ONGARO BURTT LLP
    595 Market Street, Suite 610
3   San Francisco, CA  94105
    Telephone:  (415) 433-3900
4   Facsimile:  (415) 433-3950

5   Attorneys for Defendant
    TIM RHODES
6

7   AMBER RYE BRUMFIEL, State Bar No. 215181
      amber.rye@sdma.com
8   SEDGWICK DETERT MORAN & ARNOLD LLP
    One Market Plaza
9   Steuart Tower, 8th Floor
    San Francisco, CA  94105
10  Telephone:  (415) 781-7900
    Facsimile:  (415) 781-2635
11
    Attorneys for Plaintiff
12  QUALITY TECHNOLOGY SERVICES HOLDING, LLC

13

14                  **UNITED STATES DISTRICT COURT**

15              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16                        **SAN JOSE DIVISION**

17

18  QUALITY TECHNOLOGY SERVICES          Case No. CV-09-5133 JF
    HOLDING, LLC, a Delaware Limited
19  Liability Company,                   **STIPULATION TO CONTINUE
                                         (1) PRELIMINARY INJUNCTION
20              Plaintiff,               HEARING DATE AND (2) TO EXTEND
                                         TIME FOR DEFENDANTS DATAPIPE,
21         v.                            INC., DAVID BUCIAK, AND TIM
                                         RHODES TO RESPOND TO
22  CHRISTIAN KOCH, an individual, DAVID COMPLAINT
    BUCIAK, an individual, DATAPIPE, INC., a
23  California Corporation, TIM RHODES, an
    individual,
24
                Defendants.
25

26         WHEREAS on October 29, 2009, Plaintiff Quality Technology Services Holding, LLC

27  filed its Complaint in the above-captioned matter;

28

1    WHEREAS on January 14, 2010, the Court granted the parties' stipulation and continued

2    the hearing date on Plaintiff's motion for preliminary injunction to <u>March 5, 2009</u> at 9:00 a.m. in

3    order to allow the parties to pursue private settlement discussions, including conducting a

4    detailed forensics examination protocol;

5    WHEREAS on February 22, 2010, the Court granted the parties' *further* stipulation and,

6    in order to allow the parties to continue pursuing private settlement discussions based on the

7    results of the ongoing forensics examination protocol, continued both (a) the hearing date on

8    Plaintiff's motion for preliminary injunction to <u>April 16, 2010,</u> at 9:00 a.m., and (b) the date for

9    Defendants DataPipe, Inc., Buciak, and Rhodes to respond to Plaintiff's complaint to <u>April 16,</u>

10   <u>2010</u>;

11   WHEREAS preliminary forensics examination has recently been completed, and

12   although Plaintiff has requested some follow-up work from the third-party vendor, the parties

13   have agreed to select a neutral from the Court's ADR roster to attempt to informally resolve this

14   case and expect to complete ADR by the time of the continued preliminary injunction hearing,

15   thereby possibly obviating the need for the hearing;

16   WHEREAS the parties once again stipulate and agree that the interests of judicial

17   efficiency will be further served by continuing the hearing date on Plaintiff's motion for

18   preliminary injunction and the date for Defendants DataPipe, Inc., Buciak, and Rhodes to

19   respond to Plaintiff's Complaint, respectively, for eight (8) weeks, or as soon thereafter as the

20   Court's schedule permits, such that:

21       a)   The hearing on Plaintiff's motion for preliminary injunction shall be

22   continued from April 16, 2010 to <u>June 11, 2010</u>[1]; and

23       b)   The date for Defendants DataPipe, Inc., Buciak, and Rhodes to respond to

24   Plaintiff's complaint shall be extended to <u>June 11, 2010</u>; and

25

26   ───────────────
     [1]/ As referenced in the Court's November 20, 2009 Order Granting Request for Temporary

27   Restraining Order [at ECF Doc. No. 27], "[e]ach party may file a brief addressing the merits of the
     motion not to exceed fifteen (15) pages in length, on or before" <u>June 8, 2010</u> (calculated as three

28   days prior to the originally scheduled preliminary injunction hearing).

STIPULATION TO CONTINUE PRELIMINARY INJUNCTION HEARING DATE
Case No. CV-09-5133 JF

1          c)      The initial Case Management Conference shall <u>remain scheduled</u> for <u>April</u>

2   <u>23, 2010</u>;

3         WHEREAS the parties further stipulate and agree that the temporary restraining order

4   issued on November 20, 2009, shall remain in effect pending further order by the Court; and

5         WHEREAS pursuant to Civil Local Rule 6-1(b), the parties acknowledge and agree that

6   continuing these dates as requested will not alter the date of any other event or any deadline

7   already fixed by Court order in this case.

8         NOW THEREFORE Plaintiff and Defendants, by and through their respective counsel,

9   hereby stipulate and respectfully request that the Court continue the hearing on Plaintiff's motion

10  for preliminary injunction to June 11, 2010 at 9:00 a.m., and the date for Defendants DataPipe,

11  Inc., Buciak, and Rhodes to respond to Plaintiff's complaint to June 11, 2010.

12

13  DATED:  March 31, 2010        **ONGARO BURTT LLP**

14

15                             By:_____ /s/ *David R. Burtt*_____
                                  David R. Burtt

16                             Attorneys for Defendant
17                             TIM RHODES

18  DATED:  March 31, 2010        **CMD ASSOCIATES**

19

20                             By:_____ /s/ *C. Matthew Didaleusky*_____
                                  C. Matthew Didaleusky

21                             Attorneys for Defendant
22                             DAVID BUCIAK

23  DATED:  March 31, 2010        **WILLIAMS PINELLI & CULLEN**

24

25                             By:_____ /s/ *Amy R. Carlson*_____
                                  Amy R. Carlson

26                             Attorneys for Defendant
27                             CHRISTIAN KOCH

28

- 3 -

1  DATED:  March 31, 2010                    **WILSON SONSINI GOODRICH & ROSATI**

2

3                                            By:_____/s/ *Michael J. Nader*_____
                                                      Michael J. Nader

4                                            Attorneys for Defendant
                                             DATAPIPE, INC.
5

6  DATED:  March 31, 2010                    **SEDGWICK, DETERT, MORAN & ARNOLD LLP**

7

8                                            By:_____/s/ *Amber Rye Brumfiel*_____
                                                      Amber Rye Brumfiel

9                                            Attorneys for Plaintiff
                                             QUALITY TECHNOLOGY SERVICES HOLDING, LLC
10

11

12

13  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

14

15

16

17  Dated: __4/9/2010_____      _____
                                              Hon. Jeremy Fogel
18                                            United District Court Judge

19

20

21

22

23

24

25

26

27

28
                                        - 4 -

1

**FILER'S ATTESTATION**

2          Pursuant to General Order 45, section X(B), I hereby attest that on March 31, 2010, I,

3    David R. Burtt, received the concurrence of Amber Brumfiel, Amy Carlson, Michael Nader, and

4    Matthew Didaleusky in the filing of this document.

5

6                              _____/s/  *David R. Burtt*_____
                                       David R. Burtt

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE PRELIMINARY INJUNCTION HEARING DATE
Case No. CV-09-5133 JF