SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEVEN D. ROLAND (Bar No. 108097)
AMBER RYE BRUMFIEL (Bar. No. 215181)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
Quality Technology Services Holding, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| QUALITY TECHNOLOGY SERVICES HOLDING, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN KOCH, an individual, DAVID BUCIAK, an individual, DATAPIPE, INC., a California Corporation, TIM RHODES, an individual, and DOES 1-10,<br><br>Defendants. | CASE NO. CV 09 5133 JF<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR. R. 3-5:

The parties agree to participate in the Court's Mediation process and request referral to Catherine Yanni from the Court's panel. The parties agree to hold the Mediation session at earliest convenience of the Mediator assigned by the Court and in no event later than 90 days from the date of the order referring the case to Mediation.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 8, 2010        SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: _____
     Amber Rye Brumfiel
Attorneys For Plaintiff QUALITY TECHNOLOGY
SERVICES HOLDING, LLC


Dated: April __, 2010        WILLIAMS PINELLI & CULLEN, LLP


By: _____
     Edward F. Cullen
Attorneys For Defendant CHRISTIAN KOCH


Dated: April 8, 2010        CMD ASSOCIATES


By: /s/ C. Matthew Didaleusky
Attorneys For Defendant DAVID BUCIAK


Dated: April __, 2010        WILSON SONSINI GOODRICH & ROSATI


By: _____
     Ulrico S. Rosales
Attorneys For Defendant DATAPIPE, INC.


Dated: April __, 2010        RAO ONGARO BURTT & TILIAKOS LLP


By: _____
     David R. Burtt
Attorneys For Defendant TIM RHODES

-2-

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April __, 2010 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 3 | | |
| 4 | | |
| 5 | | By: _____<br>Amber Rye Brumfiel |
| 6 | | Attorneys For Plaintiff QUALITY TECHNOLOGY SERVICES HOLDING, LLC |
| 7 | | |
| 8 | Dated: April __, 2010 | WILLIAMS PINELLI & CULLEN, LLP |
| 9 | | |
| 10 | | By: _____ |
| 11 | | Edward F. Cullen<br>Attorneys For Defendant CHRISTIAN KOCH |
| 12 | | |
| 13 | Dated: April __, 2010 | CMD ASSOCIATES |
| 14 | | |
| 15 | | By: _____ |
| 16 | | C. Matthew Didaleusky<br>Attorneys For Defendant DAVID BUCIAK |
| 17 | Dated: April __, 2010 | WILSON SONSINI GOODRICH & ROSATI |
| 18 | | |
| 19 | | By: *Ulrico S. Rosales /wsw* |
| 20 | | Ulrico S. Rosales<br>Attorneys For Defendant DATAPIPE, INC. |
| 21 | | |
| 22 | Dated: April __, 2010 | RAO ONGARO BURTT & TILIAKOS LLP |
| 23 | | |
| 24 | | By: _____ |
| 25 | | David R. Burtt<br>Attorneys For Defendant TIM RHODES |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

```
 1
 2  Dated: April __, 2010          SEDGWICK, DETERT, MORAN & ARNOLD LLP
 3
 4
 5                                 By: _____
                                        Amber Rye Brumfiel
 6                                 Attorneys For Plaintiff QUALITY TECHNOLOGY
                                   SERVICES HOLDING, LLC
 7
 8  Dated: April 8, 2010           WILLIAMS PINELLI & CULLEN, LLP
 9
10
                                   By: _____
11                                      Edward F. Cullen
                                   Attorneys For Defendant CHRISTIAN KOCH
12
13  Dated: April __, 2010          CMD ASSOCIATES
14
15
                                   By: _____
16                                      C. Matthew Didaleusky
                                   Attorneys For Defendant DAVID BUCIAK
17
    Dated: April __, 2010          WILSON SONSINI GOODRICH & ROSATI
18
19
                                   By: _____
20                                      Ulrico S. Rosales
                                   Attorneys For Defendant DATAPIPE, INC.
21
22  Dated: April __, 2010          RAO ONGARO BURTT & TILIAKOS LLP
23
24                                 By: _____
                                        David R. Burtt
25                                 Attorneys For Defendant TIM RHODES
26
27
28
```

-2-

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Dated: April ___, 2010          SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: _____
　　　Amber Rye Brumfiel
Attorneys For Plaintiff QUALITY TECHNOLOGY
SERVICES HOLDING, LLC


Dated: April ___, 2010          WILLIAMS PINELLI & CULLEN, LLP


By: _____
　　　Edward F. Cullen
Attorneys For Defendant CHRISTIAN KOCH


Dated: April ___, 2010          CMD ASSOCIATES


By: _____
　　　C. Matthew Didaleusky
Attorneys For Defendant DAVID BUCIAK


Dated: April ___, 2010          WILSON SONSINI GOODRICH & ROSATI


By: _____
　　　Ulrico S. Rosales
Attorneys For Defendant DATAPIPE, INC.


Dated: April 9, 2010            ONGARO BURTT LLP

By: _____/s/_____
　　　David R. Burtt
Attorneys For Defendant TIM RHODES

Pursuant to Stipulation above, the captioned matter is hereby referred to Mediation.

    IT IS SO ORDERED.

Dated: 4/12/10

_____
Honorable Jeremy Fogel
United States District Judge