1 | DAVID R. BURTT, State Bar No. 201220          **E-Filed 6/8/2010**
     dburtt@ongaroburtt.com
2 | ONGARO BURTT LLP
   | 595 Market Street, Suite 610
3 | San Francisco, CA  94105
   | Telephone:  (415) 433-3900
4 | Facsimile:  (415) 433-3950

5 | Attorneys for Defendant
   | TIM RHODES
6 |

7 | AMBER RYE BRUMFIEL, State Bar No. 215181
     amber.rye@sdma.com
8 | SEDGWICK DETERT MORAN & ARNOLD LLP
   | One Market Plaza
9 | Steuart Tower, 8th Floor
   | San Francisco, CA  94105
10 | Telephone:  (415) 781-7900
    | Facsimile:  (415) 781-2635
11 |

12 | Attorneys for Plaintiff
    | QUALITY TECHNOLOGY SERVICES HOLDING, LLC

13 |

14 | **UNITED STATES DISTRICT COURT**

15 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16 | **SAN JOSE DIVISION**

17 |

18 | QUALITY TECHNOLOGY SERVICES                Case No. CV-09-5133 JF
    | HOLDING, LLC, a Delaware Limited           ORDER APPROVING
19 | Liability Company,                          **STIPULATION TO CONTINUE
    |                                             (1) PRELIMINARY INJUNCTION
20 |             Plaintiff,                       HEARING DATE AND (2) TO EXTEND
    |                                             TIME FOR DEFENDANTS DATAPIPE,
21 |        v.                                    INC., DAVID BUCIAK, AND TIM
    |                                             RHODES TO RESPOND TO
22 | CHRISTIAN KOCH, an individual, DAVID        COMPLAINT**
    | BUCIAK, an individual, DATAPIPE, INC., a
23 | California Corporation, TIM RHODES, an
    | individual,
24 |
    |             Defendants.
25 |

26 |      WHEREAS on October 29, 2009, Plaintiff Quality Technology Services Holding, LLC

27 | filed its Complaint in the above-captioned matter;

28 |

STIPULATION TO CONTINUE PRELIMINARY INJUNCTION HEARING DATE
Case No. CV-09-5133 JF

1    WHEREAS on January 14, 2010, the Court granted the parties' stipulation and continued

2    the hearing date on Plaintiff's motion for preliminary injunction to March 5, 2009 at 9:00 a.m. in

3    order to allow the parties to pursue private settlement discussions, including conducting a

4    detailed forensics examination protocol;

5    WHEREAS on February 22, 2010, the Court granted the parties' *further* stipulation and,

6    in order to allow the parties to continue pursuing private settlement discussions based on the

7    results of the ongoing forensics examination protocol, continued both (a) the hearing date on

8    Plaintiff's motion for preliminary injunction to April 16, 2010, at 9:00 a.m., and (b) the date for

9    Defendants DataPipe, Inc., Buciak, and Rhodes to respond to Plaintiff's complaint to April 16,

10   2010;

11   WHEREAS on April 9, 2010, the Court granted the parties' *further* stipulation and, in

12   order to allow the parties to mediate through the Court's ADR program; continued both (a) the

13   hearing date on Plaintiff's motion for preliminary injunction to June 11, 2010, at 9:00 a.m., and

14   (b) the date for Defendants DataPipe, Inc., Buciak, and Rhodes to respond to Plaintiff's

15   complaint to June 11, 2010;

16   WHEREAS mediation is set for June 7, 2010;

17   WHEREAS the parties once again stipulate and agree that the interests of judicial

18   efficiency will be further served by continuing the hearing date on Plaintiff's motion for

19   preliminary injunction and the date for Defendants DataPipe, Inc., Buciak, and Rhodes to

20   respond to Plaintiff's Complaint, respectively, for six (6) weeks, or as soon thereafter as the

21   Court's schedule permits, such that:

22          a)      The hearing on Plaintiff's motion for preliminary injunction shall be

23   continued from June 11, 2010 to July 23, 2010[1]; and

24          b)      The date for Defendants DataPipe, Inc., Buciak, and Rhodes to respond to

25   Plaintiff's complaint shall be extended to July 23, 2010;

26   _____

27   [1]/ As referenced in the Court's November 20, 2009 Order Granting Request for Temporary
     Restraining Order [at ECF Doc. No. 27], "[e]ach party may file a brief addressing the merits of the
     motion not to exceed fifteen (15) pages in length, on or before" July 20, 2010 (calculated as three

28   days prior to the originally scheduled preliminary injunction hearing).

- 2 -

1   WHEREAS the parties further stipulate and agree that the temporary restraining order

2   issued on November 20, 2009, shall remain in effect pending further order by the Court; and

3   WHEREAS pursuant to Civil Local Rule 6-1(b), the parties acknowledge and agree that

4   continuing these dates as requested will not alter the date of any other event or any deadline

5   already fixed by Court order in this case.

6   NOW THEREFORE Plaintiff and Defendants, by and through their respective counsel,

7   hereby stipulate and respectfully request that the Court continue the hearing on Plaintiff's motion

8   for preliminary injunction to July 23, 2010 at 9:00 a.m., and the date for Defendants DataPipe,

9   Inc., Buciak, and Rhodes to respond to Plaintiff's complaint to July 23, 2010.

10

11   DATED:  June 3, 2010          **ONGARO BURTT LLP**

12

13                By:_____/s/ *David R. Burtt*_____
                              David R. Burtt

14                Attorneys for Defendant
                  TIM RHODES

15

16   DATED:  June 4, 2010          **CMD ASSOCIATES**

17

18                By:_____/s/ *C. Matthew Didaleusky*_____
                              C. Matthew Didaleusky

19                Attorneys for Defendant
                  DAVID BUCIAK

20

21   DATED:  June 3, 2010          **WILLIAMS PINELLI & CULLEN**

22

23                By:_____/s/ *Amy R. Carlson*_____
                              Amy R. Carlson

24                Attorneys for Defendant
                  CHRISTIAN KOCH

25

26

27

28

- 3 -

STIPULATION TO CONTINUE PRELIMINARY INJUNCTION HEARING DATE
Case No. CV-09-5133 JF

1    DATED:  June 3, 2010                    **WILSON SONSINI GOODRICH & ROSATI**

2
                                            By:_____/s/ *Ulrico Rosales*_____
3                                                      Ulrico Rosales

4                                           Attorneys for Defendant
                                            DATAPIPE, INC.
5

6    DATED:  June 3, 2010                    **SEDGWICK, DETERT, MORAN & ARNOLD LLP**

7
                                            By:_____/s/ *Amber Rye Brumfiel*_____
8                                                      Amber Rye Brumfiel

9                                           Attorneys for Plaintiff
                                            QUALITY TECHNOLOGY SERVICES HOLDING, LLC
10

11

12

13   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

14

15

16

17   Dated: _____6/8/2010_____              _____
                                                     Hon. Jeremy Fogel
18                                                   United District Court Judge

19

20

21

22

23

24

25

26

27

28
                                        - 4 -
     STIPULATION TO CONTINUE PRELIMINARY INJUNCTION HEARING DATE
     Case No. CV-09-5133 JF

1

**<u>FILER'S ATTESTATION</u>**

2

Pursuant to General Order 45, section X(B), I hereby attest that on June 3, 2010, I,

3

Amber Rye Brumfiel, received the concurrence of David R. Burtt, Amy Carlson, Ulrico Rosales,

4

and on June 4, 2010 I received the concurrence of Matthew Didaleusky, in the filing of this

5

document.

6

7

_____/s/  *Amber Rye Brumfiel*_____
Amber Rye Brumfiel

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE PRELIMINARY INJUNCTION HEARING DATE
Case No. CV-09-5133 JF