1 | SEDGWICK DETERT MORAN & ARNOLD LLP
AMBER RYE BRUMFIEL, State Bar No. 215181
2 | amber.rye@sdma.com
One Market Plaza
3 | Steuart Tower, 8th Floor
San Francisco, CA 94105
4 | Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
QUALITY TECHNOLOGY SERVICES HOLDING, LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| QUALITY TECHNOLOGY SERVICES HOLDING, LLC, a Delaware Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTIAN KOCH, an individual, DAVID BUCIAK, an individual, DATAPIPE, INC., a California Corporation, TIM RHODES, an individual,<br><br>　　　　　Defendants. | Case No. CV-09-5133 JF<br><br>**STIPULATION RE DISMISSAL** |

WHEREAS the parties settled the matter at mediation on June 11, 2010;

WHEREAS the parties are in the process of finalizing the formal written settlement agreement, the terms of which include the requirements that (1) defendant David Buciak ("Buciak") make settlement payments to plaintiff Quality Technology Services Holding, LLC ("QTS") in four installments, 30, 60, 90 and 120 days from the effective date of the settlement agreement and (2) and defendant Christian Koch ("Koch") make settlement payments to QTS in 25 monthly installments, starting 30 days from the effective date of the settlement agreement.

STIPULATION RE DISMISSAL
Case No. CV-09-5133 JF

1    WHEREAS on July 1, 2010, the Court ordered the case dismissed with prejudice and
2 stated that if any party notifies the Court within 90 days of the date of the order that the agreed
3 consideration for settlement has not been delivered, the order of dismissal will be vacated and the
4 case will be restored to be set for trial;

5    WHEREAS the parties request that the deadline for payment of consideration set out in
6 the Court's July 1, 2010 order be extended as to defendant Buciak and Koch.

7    NOW THEREFORE QTS, Buciak and Koch, by and through their respective counsel,
8 hereby stipulate and respectfully request that the Court extend the deadline for payment of
9 consideration by Buciak and Koch.  If any party notifies the Court within 150 days of this order
10 that the agreed consideration for settlement has not been delivered by Buciak, the dismissal order
11 of July 1, 2010 will be vacated and the case will be restored to the calendar as to Buciak.   If any
12 party notifies the Court within 26 months of this order that the agreed consideration for
13 settlement has not been delivered by Koch, the dismissal order of July 1, 2010 will be vacated
14 and the case will be restored to the calendar as to Koch.

DATED:  July 27, 2010         **CMD ASSOCIATES**

By:_____/s/ *C. Matthew Didaleusky*_____
         C. Matthew Didaleusky

Attorneys for Defendant
DAVID BUCIAK

- 2 -

STIPULATION RE DISMISSAL
Case No. CV-09-5133 JF

| | |
|---|---|
| DATED:  July 27, 2010 | **WILLIAMS PINELLI & CULLEN** |
| | By: _____/s/ *Edward Cullen*_____ |
| | Edward Cullen |
| | Attorneys for Defendant<br>CHRISTIAN KOCH |
| DATED:  July 27, 2010 | **SEDGWICK, DETERT, MORAN & ARNOLD LLP** |
| | By: _____/s/ *Amber Rye Brumfiel*_____ |
| | Amber Rye Brumfiel |
| | Attorneys for Plaintiff<br>QUALITY TECHNOLOGY SERVICES HOLDING, LLC |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __8/17/10__                        _____
                                          Hon. Jeremy Fogel
                                          United District Court Judge

- 3 -

STIPULATION RE DISMISSAL
Case No. CV-09-5133 JF

- 4 -

1  **FILER'S ATTESTATION**

2  Pursuant to General Order 45, section X(B), I hereby attest that on July 27, 2010, I,

3  Amber Rye Brumfiel, received the concurrence of Matthew Didaleusky and Edward Cullen on

4  the filing of this document.

                                             /s/ *Amber Rye Brumfiel*
                                                 Amber Rye Brumfiel